No. 78–572. UNITED STATES PAROLE COMMISSION ET AL. *v.*
GERAGHTY. C. A. 3d Cir. Certiorari granted and case set
for oral argument in tandem with No. 78–904, *Deposit
Guaranty National Bank* v. *Roper,* immediately *infra.* Mo-
tion to substitute members of a putative class as respondents
or in the alternative to intervene is deferred to hearing of the
case on the merits.

No. 78–904. DEPOSIT GUARANTY NATIONAL BANK OF JACK-
SON, MISSISSIPPI *v.* ROPER ET AL. C. A. 5th Cir. Certiorari
granted limited to Questions 1 and 2 presented by the peti-
tion. Case set for oral argument in tandem with No. 78–572,
*United States Parole Commission* v. *Geraghty,* immediately
*supra.*

No. 77–1444. JOHNSON *v.* ABRAMS, ATTORNEY GENERAL OF
NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–1517. GARRISON ET AL. *v.* GAULT. C. A. 7th Cir.
Certiorari denied.

No. 78–240. PALMER *v.* TICCIONE ET AL. C. A. 2d Cir.
Certiorari denied.

No. 78–486. COUNCIL FOR EMPLOYMENT AND ECONOMIC
ENERGY USE *v.* WHDH CORP. ET AL. C. A. 1st Cir. Certio-
rari denied.

No. 78–845. PENOLI *v.* CALIFORNIA. Ct. App. Cal., 2d
App. Dist. Certiorari denied.

No. 78–867. NORMAN *v.* SMITH ET AL. C. A. 7th Cir.
Certiorari denied.

No. 78–893. PELTIER *v.* UNITED STATES. C. A. 8th Cir.
Certiorari denied.